

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-24-1995

# Kirk v Raymark

Precedential or Non-Precedential:

Docket 94-1745

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Kirk v Raymark" (1995). *1995 Decisions.* Paper 96.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/96

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


Nos. 94-1745 and 94-1746


SARAH A. KIRK, Administratrix of
the Estates of KIRK, Alfred T., Deceased
and KIRK, Sarah A. in her own right

v.

RAYMARK INDUSTRIES, INC.; EAGLE-PICHER INDUSTRIES, INC.;
KEENE CORPORATION; GARLOCK INC; OWENS-CORNING FIBERGLAS
CORPORATION; CELOTEX CORP.; GAF CORPORATION;
OWENS-ILLINOIS GLASS COMPANY

                              Owens-Corning Fiberglas
                              Corporation,
                                    Appellant


BEFORE:   STAPLETON, GREENBERG and COWEN,
          Circuit Judges


SUR PETITION FOR PANEL REHEARING


        The petition for rehearing filed by appellee in the
above-entitled case having been submitted to the judges who
participated in the decision of this court and all judges who
concurred in the decision having asked for rehearing, the
petition for panel rehearing is granted.  The panel opinion is
hereby vacated.

                              By the Court,


                              /s/ Robert E. Cowen
                              Circuit Judge
Dated: May 24, 1995